Glenn S. Greene
New York State Bar No. 2674448
Senior Trial Attorney
U.S. Department of Justice, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4143
Fax: (202) 616-4314
Glenn.Greene@usdoj.gov

*Attorney for Defendants the United States,
David Karpel, David Arboreen, Agostino
Brancato, and Matthew Wear*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY JOHN HALGAT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et. al.,<br><br>Defendants. | Case No: 2:22-cv-00592-JCM-ECY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR UNITED STATES' AND DAVID ARBOREEN'S RESPONSE**<br>**(First Requested Extension)** |

Pursuant to Local Rule IA 6-1, Defendants the United States of America and David Arboreen, and Plaintiff Jeremy John Halgat (collectively, the "Parties") stipulate to an extension of time for the United States and David Arboreen to respond to Plaintiffs' Complaint. This is the first stipulation for an extension. The reason for this stipulation is to align the due date for the United States and David Arboreen to respond to the Complaint with the due date for the responses from Defendants David Karpel, Agostino Brancato, and Matthew Wear. All of the Defendants intend to file motions to dismiss. Aligning the due dates for their responses would facilitate a consolidated briefing schedule for their motions, which would serve the purpose of judicial economy.

The United States' response is currently due August 29, 2022. Defendant Arboreen's response is currently due August 29, 2022. The due date for responses from Defendants Karpel, Wear, and Brancato is currently October 7, 2022. The parties stipulate that the responses from the United States and Defendant Arboreen will now also be due October 7, 2022. The parties further stipulate that Plaintiffs will have thirty-five (35) days to file their responses to the

motions filed by the United States and Defendants Karpel, Arboreen, Brancato, and Wear; and the United States and Defendants Karpel, Arboreen, Brancato, and Wear will have twenty-one (21) days thereafter to file any replies.

Respectfully submitted this 17th day of August 2022.

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director
Torts Branch, Civil Division

ANDREA W. MCCARTHY
Acting Assistant Director
Torts Branch, Civil Division

*/s/Glenn S. Greene*[1]
GLENN S. GREENE
Senior Trial Attorney
Torts Branch, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4143
Fax: (202) 616-4314
Glenn.Greene@usdoj.gov
*Attorneys for Defendants the United States, David Karpel, David Arboreen, Agostino Brancato, and Matthew Wear*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of August, 2022.

---

[1] Counsel has previously been admitted to practice before this Court during the period of his employment by the United States as an attorney. *See* Dkt. No. 9, *Gonzalez, et al. v. United States, et al.*, Case No. 2:22-cv-00328-JCM-ECY (D. Nev.).

1
2
3
4
5
6 /s/ Melanie A. Hill
MELANIE A. HILL
Nevada Bar No. 8796
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 362-8500
Facsimile: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Jeremy John Halgat*

7
8
9
10
11   IT IS SO ORDERED:
12
13   _____
14   United States District Judge
15   Dated: _____
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**PROOF OF SERVICE**

I, Glenn S. Greene, certify that the following individual was served with a copy of the **STIPULATION FOR EXTENSION OF TIME FOR UNITED STATES' AND DAVID ARBOREEN'S RESPONSE** on the date and by the identified method of service below:

**ELECTRONIC CASE FILING:**
MELANIE A. HILL
Nevada Bar No. 8796
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 362-8500
Facsimile: (702) 362-8505
Melanie@MelanieHillLaw.com

Dated this 17th day of August 2022

                                    */s/ Glenn S. Greene*
                                    GLENN S. GREENE
                                    Senior Trial Attorney