PAUL B. BEACH, Cal. State Bar No. 166265
pbeach@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

RICHARD VILKIN, Nevada State Bar No. 8301
richard@vilkinlaw.com
LAW OFFICES OF RICHARD VILKIN, P.C.
802 Binbrook Drive
Henderson, Nevada 89052-5208
Telephone No. (702) 371-6401

Attorneys for Defendant
Los Angeles County Sheriff's Department

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JEREMY JOHN HALGAT,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DAVID N. KARPEL, individually; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, WASHOE COUNTY SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT. DAVID ARBOREEN, individually; MATTHEW WEAR, individually, DOES I through 100; and ROES I through 100; inclusive,<br><br>Defendants. | Case No. 2:22-cv-00592-RFB-EJY<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LOS ANGELES COUNTY SHERIFF'S DEPARTMENT'S MOTION TO REMOVE THEIR ATTORNEYS AND STAFF FROM ELECTRONIC SERVICE LIST** |

/ / /

/ / /

/ / /

/ / /

# [PROPOSED] ORDER

Defendant Los Angeles County Sheriff's Department's ("LASD") Motion to Remove Their Attorneys and Staff from Electronic Service List (the "Motion") filed on September 6, 2022 was reviewed in-chambers by the Court. On the documents filed, Plaintiff Jeremy Halgat's Voluntary Dismissal of LASD, and good cause appearing, the Court hereby Orders as follows:

1. Defendant's Motion is granted. The following persons shall be removed from service in the Court's CM/ECF system in this case:

    pbeach@lbaclaw.com; (Paul B. Beach, Esq.)
    araymundo@lbaclaw.com; (Austin Raymundo)
    richard@vilkinlaw.com; (Richard Vilkin, Esq.)
    vilkinlaw@cox.net; (Law Offices of Richard Vilkin, P.C.)
    mhunt@colmanlawgroup.com; (Miranda Hunt)

IT IS SO ORDERED.

DATED: September 7, 2022

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2