MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiffs Jeremy John Halgat*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY JOHN HALGAT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DAVID N. KARPEL, individually, DOES 1 through 100; and ROES 1 through 100; inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00592-RFB-EJY<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO LVMPD'S MOTION TO DISMISS AND JOINDER [ECF NOS. 37 AND 38]**<br><br>**(FIRST REQUEST)** |

NOW COMES the Plaintiff, JEREMY HALGAT ("Plaintiff"), by and through his attorneys, Melanie A. Hill and Melanie Hill Law PLLC, and Defendant, LAS VEGAS METROPOLITAN POLICE DEPARTMENT ("LVMPD"), by and through its attorney Robert Freeman, who hereby stipulate that the deadline for Plaintiff to respond to Defendant LVMPD Motions to Dismiss and Joinder [ECF Nos. 37 and 38] be extended pursuant to Local Rule IA 6-1.

This is the first request for an extension of the deadlines. In support of this Stipulation and Request, the parties state as follows:

    1.    Defendant LVMPD filed their Motions to Dismiss on October 21, 2022 [ECF Nos. 37 and 38].

2. Plaintiff's deadline to respond to the Motions to Dismiss is November 4, 2022.

3. Counsel for Halgat and the United States have conferred to attempt to resolve counsel for Plaintiffs' request to be added to the Protective Order in place in the underlying criminal case so that Plaintiff may share the criminal discovery with undersigned counsel. The discovery is necessary to further plead the complaint in this case in response to arguments made in the currently pending motions.

4. Counsel for Plaintiff has also conferred with the local U.S. Attorneys' office regarding the same. Counsel have determined that a motion will be necessary to allow counsel for Plaintiff to be added to the Protective Order in the underlying criminal case so that discovery may be reviewed by counsel for Plaintiff and used to further plead the complaint in this case. It is also undersigned counsel's understanding that the United States has no objection to Plaintiff's counsel being added to the protective order upon further motion and order of this court.

5. To allow this motion to be filed and allow counsel to review the underlying criminal discovery for purposes of prosecuting this civil case and further respond to the pending Motions to Dismiss, the parties have stipulated to extend Plaintiff's response deadline to December 6, 2022. The parties have further stipulated to allow Defendants USA and Karpel until January 6, 2023 to file their responses to Plaintiff's filing.

6. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely to allow sufficient time to allow Plaintiff's counsel to be added to the protective Order in the underlying criminal case, review the criminal discovery, and respond to the LVMPD's Motion to Dismiss and Joinder.

/ / /

/ / /

/ / /

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

2 of 3

WHEREFORE, the parties respectfully request that the Court extend the deadlines as stipulated to herein.

DATED this 4th day of November, 2022.   DATED this 4th day of November, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP   MELANIE HILL LAW PLLC

/s/ Robert Freeman   /s/ Melanie A. Hill
ROBERT FREEMAN   MELANIE A. HILL
Nevada Bar No. 3062   Nevada Bar No. 8796
E. MATTHEW FREEMAN   1925 Village Center Circle, Suite 150
Nevada Bar No 14198   Las Vegas, NV 89134
6385 S. Rainbow Blvd., Suite 600   Telephone: (702) 362-8500
Las Vegas, Nevada 89118   Fax: (702) 362-8505
*Attorneys for Defendant Las Vegas*   Melanie@MelanieHillLaw.com
*Metropolitan Police Department*   *Attorneys for Plaintiff Jeremy John Halgat*

### ORDER

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**DATE**

DATED this 7th day of November, 2022.