MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiffs Jeremy John Halgat*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY JOHN HALGAT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DAVID N. KARPEL, individually, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, DAVID ARBOREEN, individually, AGOSTINO BRANCATO, individually, MATTHEW WEAR, individually, DOES 1 through 100; and ROES 1 through 100; inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00592-RFB-EJY<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO THE GOVERNMENT DEFENDANTS' MOTIONS TO DISMISS [ECF NOS. 34, 35, AND 36]**<br><br>**(SECOND REQUEST)** |

NOW COMES the Plaintiff, JEREMY HALGAT ("Plaintiff"), by and through his attorneys, Melanie A. Hill and Melanie Hill Law PLLC, and Defendants, UNITED STATES OF AMERICA, DAVID N. KARPEL, DAVID ARBOREEN, AGOSTINO BRANCATO, and MATTHEW WEAR, by and through their attorney Glenn Greene who hereby stipulate that the deadline for Plaintiff to respond to the Government Defendants' Motions to Dismiss [ECF Nos. 34, 35, and 36] be extended pursuant to Local Rule IA 6-1.

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

This is the second request for an extension of the deadlines.  In support of this Stipulation and Request, the parties state as follows:

1. The Government Defendants filed their Motions to Dismiss on October 7, 2022 [ECF Nos. 34, 35, and 36].

2. Plaintiff's deadline to respond to the Motions to Dismiss is November 14, 2022.

3. Counsel for Halgat and the United States have conferred to attempt to resolve counsel for Plaintiffs' request to be added to the Protective Order in place in the underlying criminal case so that Plaintiff may share the criminal discovery with undersigned counsel.  The discovery is necessary to further plead the complaint in this case in response to arguments made in the currently pending motions.

4. Counsel for Plaintiff has also conferred with the local U.S. Attorneys' office regarding the same.  Counsel have determined that a motion will be necessary to allow counsel for Plaintiff to be added to the Protective Order in the underlying criminal case so that discovery may be reviewed by counsel for Plaintiff and used to further plead the complaint in this case.  It is also undersigned counsel's understanding that the United States has no objection to Plaintiff's counsel being added to the protective order upon further motion and order of this court.

5. To allow this motion to be filed and allow counsel to review the underlying criminal discovery for purposes of prosecuting this civil case and further respond to the pending Motions to Dismiss, the parties have stipulated to extend Plaintiff's response deadline to December 6, 2022.  The parties have further stipulated to allow the Government Defendants until January 13, 2023 to file their responses to Plaintiff's filing.

6. This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely to allow sufficient time to allow Plaintiff's counsel to be added to the Protective Order in the underlying criminal case, review the criminal discovery, and respond to the Government Defendants' Motions to Dismiss.

/ / /

/ / /

/ / /

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

2 of 3

WHEREFORE, the parties respectfully request that the Court extend the deadlines as stipulated to herein.

DATED this 14th day of November, 2022.            DATED this 14th day of November, 2022.

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

MELANIE HILL LAW PLLC

C. SALVATORE D'ALESSIO, JR.
Director
Torts Branch, Civil Division

/s/ Melanie A. Hill
MELANIE A. HILL
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
Telephone: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Jeremy John Halgat*

ANDREA W. MCCARTHY
Acting Assistant Director
Torts Branch, Civil Division

/s/Glenn S. Greene
GLENN S. GREENE
Senior Trial Attorney
Torts Branch, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4143
Fax: (202) 616-4314
Glenn.Greene@usdoj.gov
*Attorneys for Defendants the United States of America, David Karpel, David Arboreen, Agostino Brancato, and Matthew Wear*

**ORDER**

**IT IS SO ORDERED.**

11/2/22
**DATE**

RICHARD E. BOULWARE, II
United States District Court