MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiffs Jeremy John Halgat*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY JOHN HALGAT, an individual, | CASE NO.: 2:22-cv-00592-RFB-EJY |
| Plaintiffs, | |
| vs. | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO LVMPD'S MOTION TO DISMISS AND JOINDER [ECF NOS. 37 AND 38]** |
| UNITED STATES OF AMERICA, DAVID N. KARPEL, individually, DOES 1 through 100; and ROES 1 through 100; inclusive, | **(SECOND REQUEST)** |
| Defendants. | |

NOW COMES the Plaintiff, JEREMY HALGAT ("Plaintiff"), by and through his attorneys, Melanie A. Hill and Melanie Hill Law PLLC, and Defendant, LAS VEGAS METROPOLITAN POLICE DEPARTMENT ("LVMPD"), by and through its attorney Robert Freeman, who hereby stipulate that the deadline for Plaintiff to respond to Defendant LVMPD Motions to Dismiss and Joinder [ECF Nos. 37 and 38] be extended pursuant to Local Rule IA 6-1.

This is the second request for an extension of the deadlines. In support of this Stipulation and Request, the parties state as follows:

1. Defendant LVMPD filed their Motions to Dismiss on October 21, 2022 [ECF Nos. 37 and 38].

2. Plaintiff's deadline to respond to the Motions to Dismiss was November 4, 2022.

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

3. The parties stipulated to extend the deadline to December 6, 2022 to allow counsel for Plaintiff to file a motion to be added to the Protective Order in place in the underlying criminal case so that Plaintiffs may share the criminal discovery with undersigned counsel. The discovery is necessary to further plead the complaint in this case in response to arguments made in the currently pending Motions to Dismiss.

4. Prior to filing the first stipulation and the motion, counsel for Plaintiff also conferred with the local U.S. Attorneys' office regarding the same. Counsel have determined that a motion will be necessary to allow counsel for Plaintiff to be added to the Protective Order in the underlying criminal case so that discovery may be reviewed by counsel for Plaintiff and used to further plead the complaint in this case. It is also undersigned counsel's understanding that the United States has no objection to Plaintiff's counsel being added to the protective order upon further motion and order of the court.

5. On November 18, 2022, Plaintiff's counsel filed a Motion to Be Added to the Protective Order in the Underlying Criminal Case [ECF No. 44] in this case. The Court has not yet ruled on this motion, however, in another case arising out of the same criminal prosecution, the Motion was denied by Magistrate Judge Youchah without prejudice by Minute Order on November 21, 2022 directing Plaintiff's counsel to file the motion in the underlying criminal case.

6. To allow time for Plaintiff's counsel to file the motion in the criminal case, to allow the Court time to rule on the motion, and to allow Plaintiff's counsel to review the underlying criminal discovery for purposes of prosecuting this civil case and further responding to the pending Motions to Dismiss and/or filing an Amended Complaint, the parties have stipulated to extend Plaintiff's response deadline to the Motions to Dismiss to January 18, 2023. The parties have further stipulated to allow Defendant LVMPD until February 15, 2023 to file its response to Plaintiff's filing.

7. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely to allow sufficient time for Plaintiff's counsel to file the motion in the criminal case, to allow the Court time to rule on the motion, and to allow Plaintiff's counsel to review the underlying criminal discovery for purposes of prosecuting this

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

civil case and further responding to the pending Motions to Dismiss and/or filing an Amended Complaint.

  WHEREFORE, the parties respectfully request that the Court extend the deadlines as stipulated to herein.

DATED this 6th day of December, 2022.      DATED this 6th day of December, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP    MELANIE HILL LAW PLLC

/s/ Robert Freeman             /s/ Melanie A. Hill
ROBERT FREEMAN             MELANIE A. HILL
Nevada Bar No. 3062            Nevada Bar No. 8796
E. MATTHEW FREEMAN          1925 Village Center Circle, Suite 150
Nevada Bar No 14198            Las Vegas, NV 89134
6385 S. Rainbow Blvd., Suite 600        Telephone: (702) 362-8500
Las Vegas, Nevada 89118           Fax: (702) 362-8505
*Attorneys for Defendant Las Vegas*        Melanie@MelanieHillLaw.com
*Metropolitan Police Department*         *Attorneys for Plaintiff Jeremy John Halgat*

**IT IS SO ORDERED.**

December 7, 2022
**DATE**

RICHARD E. BOULWARE, II
United States District Court

3 of 3

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500