MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiffs Jeremy John Halgat*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY JOHN HALGAT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et. al.,<br><br>Defendants. | CASE NO.: 2:22-cv-00592-RFB-EJY<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO THE GOVERNMENT DEFENDANTS' MOTIONS TO DISMISS [ECF NOS. 34, 35, AND 36]**<br><br>**(FIFTH REQUEST)** |

NOW COMES the Plaintiff, JEREMY HALGAT ("Plaintiff"), by and through his attorneys, Melanie A. Hill and Melanie Hill Law PLLC, and Defendants, UNITED STATES OF AMERICA, DAVID N. KARPEL, DAVID ARBOREEN, AGOSTINO BRANCATO, and MATTHEW WEAR, by and through their attorney, Jacob Bennett, who hereby stipulate that the deadline for Plaintiff to respond to the Government Defendants' Motions to Dismiss [ECF Nos. 34, 35, and 36] be extended pursuant to Local Rule IA 6-1.

This is the fifth request for an extension of the deadlines. In support of this Stipulation and Request, the parties state as follows:

1. The Government Defendants filed their Motions to Dismiss on October 7, 2022 [ECF Nos. 34, 35, and 36].

2. The parties stipulated to extend the deadline to December 6, 2022 to allow counsel for Plaintiff to file a motion to be added to the Protective Order in place in the underlying criminal

case so that Plaintiffs may share the criminal discovery with undersigned counsel. The discovery is necessary to further plead the complaint in this case in response to arguments made in the currently pending Motions to Dismiss.

3. Prior to filing the prior stipulation and the motion, counsel for Plaintiff also conferred with the local U.S. Attorneys' office regarding the same. Counsel determined that a motion would be necessary to allow counsel for Plaintiff to be added to the Protective Order in the underlying criminal case so that discovery may be reviewed by counsel for Plaintiff and used to further plead the complaint in this case.

4. On November 18, 2022, Plaintiff's counsel filed a Motion to Be Added to the Protective Order [ECF No. 44] in this case.

5. On January 4, 2023, Magistrate Judge Youchah denied the motion without prejudice by Minute Order [ECF No. 50] directing Plaintiff's counsel to file the motion in the underlying criminal case finding that the motion had been filed in the wrong case when it was filed in the instant case holding as follows: "Specifically, the Motion asks that Plaintiff, by and through his counsel of record, be added to the Protective Order issued on October 12, 2017, in a criminal case in which Plaintiff is involved. Case No. 2:16-cr-00265-GMN-NJK. It is in that case that Plaintiff must file his Motion."

6. The parties further conferred on filing of the Motion to Be Added to the Protective Order in the criminal case.

7. On January 25, 2023, Plaintiff filed the Motion to Be Added to the Protective Order in the criminal case [ECF No. 2296 in 2:16-cr-00265-GMN-NJK].

8. On January 31, 2023, Magistrate Judge Koppe ordered the United States to file a response indicating its position on Defendants' motion no later than February 6, 2023 [ECF No. 2297 in 2:16-cr-00265-GMN-NJK].

9. On February 2, 2023, the United States filed its response indicating that it did not oppose the Motion [ECF No. 2298 in 2:16-cr-00265-GMN-NJK].

10. On February 2, 2023, Magistrate Judge Koppe granted the Motion to Be Added to the Protective Order in the criminal case [ECF No. 2299 in 2:16-cr-00265-GMN-NJK].

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

11. Since the granting of the Motion, Plaintiff's counsel has been attempting to get all of the underlying criminal discovery in an organized fashion from the defendants through their prior counsel and is still in the process of doing so.

12. Halgat's prior criminal counsel, Richard Tanasi, delivered the last of Halgat's criminal discovery on February 28, 2023, the same day that counsel was to file the oppositions pursuant to the last court order granting Halgat's prior motion to extend the deadlines to February 28, 2023.

13. Plaintiff's Counsel has also been preparing for and in trial in a case that started Monday, February 27, 2023. To allow time for Plaintiff's counsel to review the underlying criminal discovery for purposes of prosecuting this civil case and further responding to the pending Motions to Dismiss and/or filing an Amended Complaint in light of the delay in getting the discovery and her trial preparation, the parties have stipulated to extend Plaintiff's response deadline to the Motions to Dismiss to March 21, 2023. The parties have further stipulated to allow Defendants UNITED STATES OF AMERICA, DAVID N. KARPEL, DAVID ARBOREEN, AGOSTINO BRANCATO, and MATTHEW WEAR until April 11, 2023 to file its response to Plaintiff's filing.

14. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely to allow sufficient time for Plaintiff's counsel to review the underlying criminal discovery for purposes of prosecuting this civil case and further responding to the pending Motions to Dismiss and/or filing an Amended Complaint in light of the recent granting of the motion to add Plaintiff's counsel to the protective order in the criminal case and her trial preparation schedule over the last month.

///

///

///

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

WHEREFORE, the parties respectfully request that the Court extend the deadlines as stipulated to herein.

DATED this 1st day of March, 2023.     DATED this 1st day of March, 2023.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Director
Torts Branch, Civil Division

ANDREA W. MCCARTHY
Acting Assistant Director
Torts Branch, Civil Division

*/s/* Jacob A Bennett
JACOB A. BENNETT
Trial Attorney
Torts Branch, Civil Division
Constitutional and Specialized Tort Litigation
175 N. St. NE, Rm. 7.114
Washington, D.C. 20002
Telephone: (202) 451-7745
Jacob.A.Bennett@usdoj.gov
*Attorneys for Defendants the United States of America, David Karpel, David Arboreen, Agostino Brancato, and Matthew Wear*

MELANIE HILL LAW PLLC

/s/ Melanie A. Hill
MELANIE A. HILL
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
Telephone: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Jeremy John Halgat*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of March, 2023.