MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Tel:  (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiffs Jeremy John Halgat*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY JOHN HALGAT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DAVID N. KARPEL, individually, DOES 1 through 100; and ROES 1 through 100; inclusive,<br><br>Defendants. | CASE NO.:  2:22-cv-00592-RFB-EJY<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO LVMPD'S MOTION TO DISMISS AND JOINDER [ECF NOS. 37 AND 38]**<br><br>**(FOURTH REQUEST)** |

NOW COMES the Plaintiff, JEREMY HALGAT ("Plaintiff"), by and through his attorneys, Melanie A. Hill and Melanie Hill Law PLLC, and Defendant, LAS VEGAS METROPOLITAN POLICE DEPARTMENT ("LVMPD"), by and through its attorney Robert Freeman, who hereby stipulate that the deadline for Plaintiff to respond to Defendant LVMPD Motions to Dismiss and Joinder [ECF Nos. 37 and 38] be extended pursuant to Local Rule IA 6-1.

This is the fourth request for an extension of the deadlines.  In support of this Stipulation and Request, the parties state as follows:

1. Defendant LVMPD filed their Motions to Dismiss on October 21, 2022 [ECF Nos. 37 and 38].

/ / /

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

1 of 4

2. Plaintiff's deadline to respond to the Motions to Dismiss was originally November 4, 2022.

3. The parties stipulated to extend the deadline to December 6, 2022 to allow counsel for Plaintiff to file a motion to be added to the Protective Order in place in the underlying criminal case so that Plaintiffs may share the criminal discovery with undersigned counsel. The discovery is necessary to further plead the complaint in this case in response to arguments made in the currently pending Motions to Dismiss.

4. Prior to filing the prior stipulation and the motion, counsel for Plaintiff also conferred with the local U.S. Attorneys' office regarding the same. Counsel determined that a motion would be necessary to allow counsel for Plaintiff to be added to the Protective Order in the underlying criminal case so that discovery may be reviewed by counsel for Plaintiff and used to further plead the complaint in this case.

5. On November 18, 2022, Plaintiff's counsel filed a Motion to Be Added to the Protective Order [ECF No. 44] in this case.

6. On January 4, 2023, Magistrate Judge Youchah denied the motion without prejudice by Minute Order [ECF No. 50] directing Plaintiff's counsel to file the motion in the underlying criminal case finding that the motion had been filed in the wrong case when it was filed in the instant case holding as follows: "Specifically, the Motion asks that Plaintiff, by and through his counsel of record, be added to the Protective Order issued on October 12, 2017, in a criminal case in which Plaintiff is involved. Case No. 2:16-cr-00265-GMN-NJK. It is in that case that Plaintiff must file his Motion."

7. On January 25, 2023, Plaintiff filed the Motion to Be Added to the Protective Order in the criminal case [ECF No. 2296 in 2:16-cr-00265-GMN-NJK].

8. On January 31, 2023, Magistrate Judge Koppe ordered the United States to file a response indicating its position on Defendants' motion no later than February 6, 2023 [ECF No. 2297 in 2:16-cr-00265-GMN-NJK].

9. On February 2, 2023, the United States filed its response indicating that it did not oppose the Motion [ECF No. 2298 in 2:16-cr-00265-GMN-NJK].

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

10.     On February 2, 2023, Magistrate Judge Koppe granted the Motion to Be Added to the Protective Order in the criminal case [ECF No. 2299 in 2:16-cr-00265-GMN-NJK].

11.     Since the granting of the Motion, Plaintiff's counsel has been attempting to get all of the underlying criminal discovery in an organized fashion from the defendants through their prior counsel and is still in the process of doing so.

12.     Halgat's prior criminal counsel, Richard Tanasi, delivered the last of Halgat's criminal discovery today, February 28, 2023, the same day that counsel was to file the oppositions pursuant to the last court order granting Halgat's prior motion to extend the deadlines to February 28, 2023.

13.     Counsel has also been preparing for and in trial in a case that started Monday, February 27, 2023.  To allow time for Plaintiff's counsel to review the underlying criminal discovery for purposes of prosecuting this civil case and further responding to the pending Motions to Dismiss and/or filing an Amended Complaint in light of the delay in getting the discovery and her trial preparation, the parties have stipulated to extend Plaintiff's response deadline to the Motions to Dismiss to April 28, 2023.  The parties have further stipulated to allow Defendant LVMPD until May 19, 2023 to file its response to Plaintiff's filing.

14.     This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely to allow sufficient time for Plaintiff's counsel to review the underlying criminal discovery for purposes of prosecuting this civil case and further responding to the pending Motions to Dismiss and/or filing an Amended Complaint in light of the recent granting of the motion to add Plaintiff's counsel to the protective order in the criminal case and her trial preparation schedule over the last month.

/ / /

/ / /

/ / /

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

WHEREFORE, Plaintiffs respectfully request that the Court extend the deadlines to respond to the LVMPD's Motions to Dismiss [ECF Nos. 37 and 38] as stipulated herein.

DATED this 28th day of February, 2023.                    DATED this 28th day of February, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP                 MELANIE HILL LAW PLLC

/s/ Robert Freeman                                                       /s/ Melanie A. Hill
ROBERT FREEMAN                                                     MELANIE A. HILL
Nevada Bar No. 3062                                                   Nevada Bar No. 8796
E. MATTHEW FREEMAN                                            1925 Village Center Circle, Suite 150
Nevada Bar No 14198                                                  Las Vegas, NV 89134
6385 S. Rainbow Blvd., Suite 600                               Telephone: (702) 362-8500
Las Vegas, Nevada 89118                                            Fax: (702) 362-8505
*Attorneys for Defendant Las Vegas*                          Melanie@MelanieHillLaw.com
*Metropolitan Police Department*                              *Attorneys for Plaintiff Jeremy John Halgat*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of March, 2023.

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500