Glenn S. Greene
New York State Bar No. 2674448
Senior Trial Attorney
U.S. Department of Justice, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4143
Fax: (202) 616-4314
Glenn.Greene@usdoj.gov
*Attorney for Defendants the United States,*
*David Karpel, David Arboreen, Matthew Wear,*
*And Agostino Brancato*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY JOHN HALGAT, an individual, | Case No: 2:22-cv-00592-JCM-ECY |
| Plaintiff, | **FEDERAL DEFENDANTS' STIPULATION TO SUBSTITUTE COUNSEL** |
| v. | |
| UNITED STATES OF AMERICA, et. al., | |
| Defendants. | |

Pursuant to Local Rule IA 11-6(c), Defendants the United States of America, David Karpel, David Arboreen, Agostino Brancato, and Matthew Wear (collectively, the "Federal Defendants"), through undersigned counsel, stipulate to the following substitution of counsel in this matter:

**Jacob A. Bennett, Trial Attorney, Civil Division, U.S. Department of Justice**, shall be substituted for

**Glenn S. Greene, Senior Trial Attorney, Civil Division, U.S. Department of Justice**, as attorney of record for Defendants the United States of America, David Karpel, David Arboreen, Agostino Brancato, and Matthew Wear. **Mr. Bennett** has previously been admitted to practice before this Court during the period of his employment by the United States as an attorney. *See* Dkt. No. 8, *Voll v. United States, et al.*, Case No. 2:22-cv-00610-JCM-BNW (D. Nev.).

Defendants Karpel, Arboreen, Brancato, and Wear, have consented to this substitution, and have authorized counsel to affix their electronic signatures below to indicate their consent:

*/s/ David Karpel*
David Karpel

*/s/ Matthew Wear*
Matthew Wear

*/s/ David Arboreen*
David Arboreen

*/s/Agostino Brancato*
Agostino Brancato

Mr. Bennett's contact information and his consent by electronic signature is provided below:

*/s/Jacob A. Bennett*
JACOB A. BENNETT
Trial Attorney
Torts Branch, Civil Division
Constitutional and Specialized Tort Litigation
175 N. St. NE, Rm. 7.114
Washington, D.C. 20002
Telephone: (202) 451-7745
Fax: (202) 616-4314
Jacob.A.Bennett@usdoj.gov

Dated: February 24, 2023

Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General
        Civil Division

        C. SALVATORE D'ALESSIO, JR.
        Director
        Torts Branch, Civil Division

        ANDREA W. MCCARTHY
        Acting Assistant Director
        Torts Branch, Civil Division

        */s/Glenn S. Greene*
        GLENN S. GREENE
        Senior Trial Attorney
        Torts Branch, Civil Division
        Constitutional and Specialized Tort Litigation
        P.O. Box 7146, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 616-4143
        Fax: (202) 616-4314
        Glenn.Greene@usdoj.gov

        *Attorney for Defendants the United States, David Karpel, David Arboreen, Agostino Brancato, and Matthew Wear*

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Dated: May 15, 2023